AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF___NEVADA_____

STEVE COLEMAN,

           Plaintiff,                      JUDGMENT IN A CIVIL CASE

    V.

                              CASE NUMBER: **3:15-cv-00228-RCJ-VPC**

HOLLY SKULSTAD, _et al._,

           Defendants.

---

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed with prejudice for failure to state a claim.

    **IT IS FURTHER ORDERED** that this Court certifies that any _in forma pauperis_ appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

December 4, 2015                         **LANCE S. WILSON**
                                               Clerk

                                               /s/ J. Cotter
                                               Deputy Clerk